UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES FIRE INSURANCE, CO.,

    Plaintiff,

v.                                                  CASE NO: 8:04-cv-2783-T-23TBM

FREEDOM VILLAGE OF SUN CITY CENTER,
LTD., et al.,

    Defendants.
_____/

## **ORDER**

A January 19, 2006, order (Doc. 112) referred to United States Magistrate Judge Thomas B. McCoun the plaintiff's motion for leave to amend the complaint (Doc. 106). Judge McCoun's January 26, 2006, report (Doc. 117) recommends that the court grant the plaintiff's motion. Neither defendant objects to the plaintiff's amending the complaint, although the intervenors challenge specific factual allegations set forth in the proposed amended complaint.

Upon reviewing the report (Doc. 117), along with the plaintiff's motion (Doc. 106) and the intervenors' response (Docs. 108), the Magistrate Judge's report and recommendation (Doc. 117) is **ADOPTED**. Accordingly, the plaintiff's motion for leave to amend (Doc. 106) is **GRANTED**. The plaintiff shall file an amended complaint, along with true copies of the original policies at issue, on or before **February 10, 2006**.

The parties jointly move (Doc. 115) to stay the deadline for dispositive motions. The parties' motion (Doc. 115) is **GRANTED**.  Accordingly, the February 1, 2006, deadline for dispositive motions is **CONTINUED** and the case is removed from the May 1, 2006 trial calendar.  Further, all deadlines set in the case management and scheduling order are **CONTINUED**.  Within ten days of this court's disposition of the Florida Insurance Guarantee Association's motion to intervene (Doc. 107), the parties shall submit a joint amended case management report.

ORDERED in Tampa, Florida, on January 30, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy