**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES FIRE
INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                      **Case No. 8:04-cv-2783-T-23TBM**

**FREEDOM VILLAGE OF
SUN CITY CENTER, et al.,**

    **Defendants,**

**JAMES R. MIKES and
SUNCOAST COUNTRY CLUBS, INC.,**

    **Intervening Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **U.S. Fire's Motion to Quash Intervening Defendants' Notice of Deposition Duces Tecum for Failure to Provide Sufficient Notice and Memorandum of Law** (Doc. 118). By its motion, Plaintiff seeks an Order quashing the "Further Amended Notice of Taking Deposition Duces Tecum of Corporate Representative of United States Fire Insurance Company," served by James R. Mikes and Suncoast Country Clubs, Inc. (hereinafter "Intervenors") on January 25, 2006, scheduling the deposition for February 3, 2006. As grounds, Plaintiff asserts that the notice fails to comply with the notice requirements of Local Rule 3.02(a) and Federal Rule of Civil Procedure 34(b). Intervenors have filed a response in opposition. (Doc. 121).

Upon consideration, **U.S. Fire's Motion to Quash Intervening Defendants' Notice of Deposition Duces Tecum for Failure to Provide Sufficient Notice and Memorandum**

**of Law** (Doc. 118) is **GRANTED in part**.  The deposition duces tecum of Plaintiff's corporate representative at issue is hereby **STAYE**D.  As indicated in the district judge's Order, Plaintiff is to file its Amended Complaint on or before February 10, 2006.  (Doc. 120).  Thereafter, the Intervenors shall have the opportunity to conduct the Rule 30(b)(6) deposition of Mr. Hocko prior to answering or otherwise responding to the allegations in Plaintiff's Amended Complaint.  Because Intervenors' responsive pleading must be filed on or before March 1, 2006, the parties are directed to conduct this deposition on or before February 24, 2006, unless otherwise agreed upon.  In all other aspects, the motion is **DENIED**.

     **Done and Ordered** in Tampa, Florida, this 1st day of February 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

2