**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES FIRE**
**INSURANCE COMPANY,**

  **Plaintiff,**

v.              **Case No. 8:04-cv-2783-T-23TBM**

**FREEDOM VILLAGE OF**
**SUN CITY CENTER, et al.,**

  **Defendants,**

**JAMES R. MIKES and**
**SUNCOAST COUNTRY CLUBS, INC.,**

  **Intervening Defendants.**
_____/

# O R D E R

THIS MATTER is before the court on Intervenors' **Motion for Authority to File Confidential Mediation Settlement Agreements Under Seal** (Doc. 93). By this motion, Intervenors seek an Order permitting them to file under seal the Stipulation and Settlement Agreement as to Hillsborough County Circuit Court Case No. 98-5802 and the related Statement of Good Faith Settlement Understanding.[1] Plaintiff has filed a response in opposition (Doc. 97).

A hearing on this motion and other matters was conducted on January 20, 2006. After addressing the matter with the parties, the court directed the Intervenors to confer with

---

[1] Intervenors assert that these agreements fully settle the liability for, and amount of, its tort claims against the Defendants in the underlying state court action.

the Defendants' counsel in an attempt to agree on redacted versions of the settlement documents which could be filed in the public record in this litigation. On February 7, 2006, the Defendants and Intervenors filed proposed redacted versions for the court's *in camera* review. See (Doc. 125).

Upon consideration, Intervenors' **Motion for Authority to File Confidential Mediation Settlement Agreements Under Seal** (Doc. 93) is GRANTED to the extent that, pending further order of court, the unredacted settlement documents may remain under seal and the parties shall utilize the above-referenced, redacted settlement documents in the public filings of this case.[2] In all other regards, the motion (Doc. 93) is DENIED.

**Done and Ordered** in Tampa, Florida, this 10th day of February 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

---

[2] At the time summary judgment motions are filed, or earlier thereto if otherwise ordered by the court, the unredacted settlement documents shall be unsealed and opened for public scrutiny.