UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES FIRE INSURANCE CO.,

    Plaintiff,

v.                                              CASE NO: 8:04-cv-2783-T-23TBM

SUNCOAST COUNTRY CLUBS, INC., et al.,

    Defendants.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 179) the defendants' motion for leave to amend (Doc. 177) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's June 13, 2006, report and recommendation (Doc. 195), the defendants object (Doc. 204).

A *de novo* determination of those portions of the report and recommendation to which the defendants object reveals that the objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the defendants' objections (Doc 204) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 195) is **ADOPTED**. The defendants' motion for leave to amend the counterclaims is **DENIED WITHOUT PREJUDICE** for failure to comply with Rule 8, Federal Rules of Civil Procedure.

The defendants' renewed motion for leave to amend (Doc. 205) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 1.05(a).  All future filings shall strictly comply with the Local Rules and be properly double spaced (not partially double spaced) in at least twelve point font.

ORDERED in Tampa, Florida, on June 28, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE


cc:   US Magistrate Judge
      Courtroom Deputy