UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES FIRE**
**INSURANCE COMPANY,**

    **Plaintiff,**

v.                                      **Case No. 8:04-cv-2783-T-23TBM**

**JAMES E. MIKES and SUNCOAST**
**COUNTRY CLUBS, INC.,**

    **Defendants.**
_____/

**O R D E R**

THIS CAUSE is before the court on **U.S. Fire's Emergency Motion to Quash and Motion for Protective Order as to the Continued Depositions of its Corporate Representative(s)** (Doc. 203), Defendants' [Amended] Notice and Certification of Non-Emergency (Doc. 209), and Defendants' response in opposition (Doc. 212). By its motion, U.S. Fire seeks an Order quashing as untimely the Notice of Taking Deposition Duces Tecum of its corporate representative on June 30, 2006, as well as an Order of protection from all further depositions of its corporate representatives which have been noticed by Defendants, including the deposition noticed for July 12, 2006. The Defendants contend that no designation of emergency is warranted as they have agreed to not proceed on the deposition noticed for June 30, 2006. (Doc. 209). Defendants also strenuously oppose Plaintiff's request for a protective order as to all further depositions of U.S. Fire's corporate representatives.

Upon thorough consideration, U.S. Fire's motion (203) is **DENIED**. With regards to the Rule 30(b)(6) deposition noticed for June 30, 2006, the motion is denied as moot. As for U.S. Fire's request for protection from the July 12, 2006, deposition, an additional, limited deposition of Frank Hocko or other corporate representative appears warranted in light of the circumstances. The deposition shall be limited to 7 hours in total. Defendants will not be permitted to revisit matters previously inquired into at prior Rule 30(b)(6) depositions except as such inquiry may be necessary to clarify matters in light of U.S. Fire's withdrawal of the late notice defense and its recent document production. In addition to these matters, Defendants shall conclude any remaining inquiry related to coverage issues.

Accordingly, unless the parties agree otherwise, the July 12, 2006, deposition shall proceed as noticed.

**Done and Ordered** in Tampa, Florida, this 11th day of July 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record