UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES FIRE**
**INSURANCE COMPANY,**

    **Plaintiff,**

v.                                    **Case No. 8:04-cv-2783-T-23TBM**

**JAMES R. MIKES and**
**SUNCOAST COUNTRY CLUBS, INC.,**

    **Defendants.**
_____/

**O R D E R**

    THIS MATTER is before the court on **U.S. Fire's Motion to Strike Mikes/SCC's Statement of Undisputed Material Facts** (Doc. 265). By its motion, Plaintiff seeks an Order striking from the record **Defendants Mikes/SCC's Statement of Undisputed Material Facts in Support of Mikes/SCC's Motions for Partial Summary Judgment and Responses to Motion of U.S. Fire** (Doc. 256). Defendants have not yet responded.

    Upon consideration, the court finds that a response is not necessary. While Defendants indicate their **Statement of Undisputed Material Facts in Support of Mikes/SCC's Motions for Partial Summary Judgment and Responses to Motion of U.S. Fire** (Doc. 256) was filed pursuant to Fed. R. Civ. P. 56 and Local Rule 3.01, neither direct the filing of such. Nor was the same directed to be filed by the court. Accordingly, Plaintiff's motion (Doc. 265) is **GRANTED**. **Defendants Mikes/SCC's Statement of Undisputed Material Facts in Support of Mikes/SCC's Motions for Partial Summary Judgment and**

**Responses to Motion of U.S. Fire** (Doc. 256) is **STRICKEN**, and the Clerk is directed to electronically delete it from the record.

  **Done and Ordered** in Tampa, Florida, this 22nd day of September 2006.

                _____
                THOMAS B. McCOUN III
                UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge
Counsel of Record