**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES FIRE**
**INSURANCE COMPANY,**

    **Plaintiff,**

v.                                               **Case No. 8:04-cv-2783-T-23TBM**

**JAMES R. MIKES and**
**SUNCOAST COUNTRY CLUBS, INC.,**

    **Defendants.**
_____/

## O R D E R

THIS MATTER is before the court on the Defendants' **Motion For Partial Summary Judgment that U.S. Fire Received Timely Notice of the Claim, and U.S. Fire's Late Notice Defense Does Not Void Coverage** (Doc. 259). By this motion, Defendants seek an Order granting partial summary judgment in their favor on issues related to U.S. Fire's late notice coverage defense. Stated otherwise, Defendants seek a declaration that Plaintiff received timely notice of the underlying state court action. Plaintiff responds in part by urging the court to deny the motion because Defendants seek an advisory opinion. As grounds, Plaintiff asserts that there is no longer a justiciable controversy in light of the fact that it has formally withdrawn its defense of late notice (Doc. 192) and its corporate representative confirmed such during his deposition. See (Doc. 276).

"Consistent with the 'cases' and 'controversies' requirement of Article III, the Declaratory Judgment Act, 28 U.S.C. § 2201, specifically provides that a declaratory judgment may be issued only in the case of an 'actual controversy.'" Malowney v. Federal

Collection Deposit Group, 193 F.3d 1342, 1347 (11th Cir. 1999) (citing Emory v. Peeler, 756 F.2d 1547, 1551-52 (11th Cir. 1985)).  Consequently, in order for jurisdiction to exist, there must be a substantial continuing controversy between the parties based on the facts alleged.  See id.

Given Plaintiff's withdrawal of its late notice defense and supporting deposition testimony, the court questions its jurisdiction to issue a declaratory judgment with regards to this issue.  Accordingly, within fifteen (15) days of the date of this Order, Defendants are directed to file a brief reply addressing whether justiciable issues remain with regards to the relief sought in their **Motion For Partial Summary Judgment that U.S. Fire Received Timely Notice of the Claim, and U.S. Fire's Late Notice Defense Does Not Void Coverage** (Doc. 259).  Alternatively, Defendants may formally withdraw the motion if they concur that there is no longer a justiciable issue on the late notice defense.

**Done and Ordered** in Tampa, Florida, this 6th day of April 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record