**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES FIRE**
**INSURANCE COMPANY,**

    **Plaintiff,**

v.                                           **Case No. 8:04-cv-2783-T-23TBM**

**JAMES R. MIKES and**
**SUNCOAST COUNTRY CLUBS, INC.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **Mikes/SCC's Emergency Motion for Relief from Order [Docket 266] Striking Mikes/SCC's Statement of Undisputed Material Facts [Docket 256] and Leave to (A) Refile with Record References Imbedded Mikes/SCC's Motions for Partial Summary Judgment and Response to U.S. Fire's Motion [Dockets 257 through 261] and (B) Supplement Mikes' Verification [Docket 254]** (Doc. 270) and Plaintiff's response (Doc. 272) and **Mikes/SCC's Emergency Motion (a) to Strike Inadmissible Evidence Which is Cited in or Relied Upon as Support for U.S. Fire's Motion for Summary Judgment [Docket 252]; and (b) for an Order in Limine Excluding Such Statements for Purposes of Motions and Trial** (Doc. 277) and Plaintiff's response (Doc. 281).[1]  Oral arguments on these and other matters were heard on May 17, 2007.

---

[1] Also before the court are **Mikes/SCC's Requests that the Court Take Judicial Notice** (Docs. 290, 294, and 295) and Plaintiff's responses (Docs. 291, 296, 297).  As indicated at the hearing, the court questions the relevance of these matters, however in order

For the reasons stated at the hearing, the court rules as follows. Defendants' motion for relief and/or for leave to refile (Doc. 270) is GRANTED in part. The Defendants may supplement the record only to the extent that they have relied on evidence which has not already been submitted. In all other aspects, the motion is denied. Defendants' motion (Doc. 277) to strike or for an order in limine is GRANTED in part. For purposes of considering the cross-motions for summary judgment, the court will not consider the unsolicited comments made at deposition by Helen Houser, Esq., concerning the obligations created by the settlement or Frank Herold's testimony about his understanding of the settlement.[2] In all other regards, the motion is denied.

**Done and Ordered** in Tampa, Florida, this 18th day of May 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

to avoid creating any unnecessary issue the court will take judicial notice of the state court filings by U.S. Fire (Doc. 294) and of certain provisions in an unrelated U.S. Fire policy form filed with the State of Florida (Doc. 295). The request that the court take judicial notice of the policy language quoted in an Eastern District of Virginia case (Doc. 290) is denied.

[2]The parties agree that the court should look to the "four-corners" of the settlement documents in interpreting or construing terms set forth therein.