UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES FIRE INSURANCE CO.,

    Plaintiff,

v.                                        CASE NO: 8:04-cv-2783-T-23TBM

JAMES R. MIKES and
SUNCOAST COUNTRY CLUBS, INC.,

    Defendants.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff United States Fire Insurance Company's verified motion to tax costs (Doc. 369) was referred (see Docket entry dated November 7, 2007) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's January 29, 2008, report and recommendation (Doc. 386), the defendants James R. Mikes and Suncoast Country Clubs, Inc., (the "defendants") object (Doc. 388) and the plaintiff (Doc. 389) responds.

A de novo determination of those portions of the report and recommendation to which the defendants object and a review of the file and the supplementary documentary materials attached to the plaintiff's response (Doc. 389) reveal that the objections either are unfounded or otherwise require no different resolution of the

- 2 -

motion.  Accordingly, the defendants' objections (Doc. 388) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 386) is **ADOPTED**.

Accordingly, the plaintiff's verified motion to tax costs (Doc. 369) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that the defendants are taxed $5,804.47 for costs pursuant to 28 U.S.C. § 1920, and the motion is **DENIED** in all other respects.  The Clerk is directed to enter judgment in favor of the plaintiff and against James R. Mikes and Suncoast Country Clubs, Inc., in the amount of $5,804.47 for costs.

ORDERED in Tampa, Florida, on March 3, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE